DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MORRIE I. LEVINE,**
Appellant,

v.

**WHITEHALL CONDOMINIUM OF PINE ISLAND RIDGE, INC**., a Florida
not-for-profit corporation,
Appellee.

No. 4D16-3933

[November 9, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John T. Luzzo, Judge; L.T. Case No. 12-018050 CACE (09).

Morrie I. Levine of Law Office of Morrie I. Levine, P.A., Hollywood, for appellant.

Lilliana M. Farinas-Sabogal of Becker & Poliakoff, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***